

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 50-7 |
| | ) SEALED |
| BRITTNEY ROBINSON, | ) |
| | ) |
| Defendant. | ) |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 2, 2006, defendant, Brittney Robinson was indicted for Conspiracy to Distribute More Than 50 grams of Crack Cocaine 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A).

2. Brittney Robinson is currently a pre-trial detainee on various State offenses. The defendant is detained at the Baylor Women's Correctional Institute.

3. The Court has scheduled an Initial Appearance on Wednesday, May 10th 12:30 PM.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden at the Baylor Women's Correctional Institute to bring the said defendant Brittney Robinson before this Court for an Initial Appearance and to be returned to the Warden for Baylor Women's Correctional Institute after the hearing.

        COLM F. CONNOLLY
        United States Attorney

By: _____
    Douglas E. McCann
    Assistant United States Attorney

Dated: May 5, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court