IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-50-7-UNA |
| v. | § | |
| | § | |
| BRITTNEY ROBINSON | § | |
| Defendant. | § | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE BAYLOR WOMEN'S CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **BRITTNEY ROBINSON** who is now detained and imprisoned in the BAYLOR WOMEN'S CORRECTIONAL INSTITUTE and who is a defendant in the above-entitled cause, in which cause the said **BRITTNEY ROBINSON** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(A) for an **INITIAL APPEARANCE on WEDNESDAY, MAY 10, 2006** at **12:30 PM** and to be returned to the Warden of the BAYLOR WOMEN'S CORRECTIONAL INSTITUTE after the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 8th day of MAY 2006.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk