IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



**ORIGINAL**

UNITED STATES OF AMERICA,             )

        Plaintiff,                   )

      v.                           ) Case No. 06-50 - 7

BRITTNEY A. ROBINSON,                 )

        Defendant.                  )


## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f).  In support of the motion, the United States alleges the following:

1.    **Eligibility of Case**.  This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_    Crime of violence (18 U.S.C. § 3156)

    _X_    Maximum sentence life imprisonment or death

    _X_    10+ year drug offense

    \_\_\_    Felony, with two prior convictions in above categories

    \_\_\_    Serious risk defendant will flee

    \_\_\_    Serious risk obstruction of justice

2.    **Reason For Detention**. The court should detain   defendant because there are no

conditions of release  which will reasonably assure (**check one or both**):

_X_    Defendant's appearance as required

_X_    Safety of any other person and the community

3.    **Rebuttable Presumption**. The United States (**will**, will not) invoke the rebuttable

presumption against defendant under §3142(e).  (If yes) The presumption applies

because (**check one or both**):

_X_    Probable cause to believe defendant committed 10+ year drug offense or

firearms offense, 18 U.S.C. §924(c)

___    Previous conviction for "eligible" offense committed while on pretrial bond

4.    **Time For Detention Hearing**.  The United States requests the court conduct the

detention hearing,

___    At first appearance

_X_    After continuance of _3_ days (not more than 3).

5.    **Temporary Detention**. The United States requests the temporary detention of the

defendant for a period of __ days (not more than 10) so that the appropriate officials

can be notified since:

1.    At the time the offense was committed the defendant was:

__    (a) on release pending trial for a felony;

&#8212;      (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

&#8212;      (c) on probation or parole for an offense.

2. \_\_\_ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. \_\_\_ The defendant may flee or pose a danger to any other person or the community.

**6.**    **Other Matters**.

_____

_____

DATED this 10th\_\_\_\_ day of May\_\_, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:_____

Douglas E. McCann
Assistant U. S. Attorney