AO 470 (8/85) Order of Temporary Detention

# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

_BRITTNEY ROBINSON_
Defendant

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

**Case Number:**  CR 06-50-07

Upon motion of the **Government**, it is ORDERED that a

**Detention Hearing** is set for ___Tuesday, 5/16/06___ * at ___9:00 a.m.___
                              Date                         Time

before ___**Honorable Mary Pat Thynge, U.S. Magistrate Judge**___
                          Name of Judicial Officer

___**Courtroom #6C, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware**___
                          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)
                              Other Custodial Official

and produced for the hearing.

___5/10/06___
    Date

_____
    Judicial Officer

_____

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.