IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-50 - 7 |
| | ) | SEALED |
| BRITTNEY ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 2, 2006, defendant, Brittney Robinson was indicted for Conspiracy to Distribute More Than 50 grams of Crack Cocaine 21 U.S.C. § § 841 (a)(1) and (b)(1)(A).

2. Brittney Robinson is currently a pre-trial detainee on various State offenses. The defendant is detained at the Baylor Women's Correctional Institute.

3. The Court has scheduled an Arraignment and Detention Hearing on Tuesday, May 16th 9:00 AM

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden at the Baylor Women's Correctional Institute to bring the said defendant

Brittney Robinson before this Court for an ~~Initial Appearance~~ DETENTION HEARING and to be returned to the Warden

for Baylor Women's Correctional Institute after the hearing.

                                                COLM F. CONNOLLY
                                                United States Attorney

                                  By: _____
                                      Douglas E. McCann
                                      Assistant United States Attorney

Dated:  May 11, 2006


       **IT IS SO ORDERED** this __12th__ day of __May__, 2006.

                                     _____
                                     HONORABLE MARY PAT THYNGE
                                     United States Magistrate Court