✎AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

BRITTNEY A. ROBINSON

**WARRANT FOR ARREST**

Case Number:   CR 06-50-7-UNA

~~SEALED~~ unsealed 7/27/06 nlm

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ BRITTNEY A. ROBINSON _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

KNOWINGLY  DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE - ( COUNT I );

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and (b)(1)(A) and 21:846 _____

PETER T. DALLEO                                    BY: /s/ _____ ; DEPUTY CLERK
Name of Issuing Officer                            Signature of Issuing Officer

CLERK OF COURT                                     MAY 3, 2006 AT WILMINGTON, DE
Title of Issuing Officer                           Date and Location

FILED MAY 15 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

255 WEBBS LANE, DOVER, DE

| DATE RECEIVED 05/03/06 | NAME AND TITLE OF ARRESTING OFFICER JEFFREY DUNN, SA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 05/03/06 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____