# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | CRIMINAL ACTION NO. 06-50-7-GMS |
| v. § | |
| § | |
| BRITTNEY ROBINSON § | |
| Defendant. § | |

SEALED

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE BAYLOR WOMEN'S CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **BRITTNEY ROBINSON** who is now detained and imprisoned in the BAYLOR WOMEN'S CORRECTIONAL INSTITUTE and who is a defendant in the above-entitled cause, in which cause the said **BRITTNEY ROBINSON** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(A) is scheduled for a **DETENTION HEARING AND ARRAIGNMENT TUESDAY MAY 16, 2006** at **9:00 AM** and to be returned to the Warden of the BAYLOR WOMEN'S CORRECTIONAL INSTITUTE after the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 12th day of MAY 2006.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk

FILED
MAY 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED: 5/16/06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-50-7-GMS |
| v. | § | |
| | § | |
| BRITTNEY ROBINSON | § | |
|     Defendant. | § | |

**SEALED**

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE BAYLOR WOMEN'S CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **BRITTNEY ROBINSON** who is now detained and imprisoned in the BAYLOR WOMEN'S CORRECTIONAL INSTITUTE and who is a defendant in the above-entitled cause, in which cause the said **BRITTNEY ROBINSON** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(A) is scheduled for a **DETENTION HEARING AND ARRAIGNMENT TUESDAY MAY 16, 2006** at **9:00 AM** and to be returned to the Warden of the BAYLOR WOMEN'S CORRECTIONAL INSTITUTE after the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 12th day of MAY 2006.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

FILED MAY 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED: 5/15/06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRITTNEY ROBINSON, )<br>)<br>Defendant. ) | **SEALED**<br><br>Criminal Action No. 06-50 - 7<br>SEALED |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 2, 2006, defendant, Brittney Robinson was indicted for Conspiracy to Distribute More Than 50 grams of Crack Cocaine 21 U.S.C. § § 841 (a)(1) and (b)(1)(A).

2. Brittney Robinson is currently a pre-trial detainee on various State offenses. The defendant is detained at the Baylor Women's Correctional Institute.

3. The Court has scheduled an Arraignment and Detention Hearing on Tuesday, May 16th 9:00 AM

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden at the Baylor Women's Correctional Institute to bring the said defendant Brittney Robinson before this Court for an ~~Initial Appearance~~ DETENTION HEARING and to be returned to the Warden for Baylor Women's Correctional Institute after the hearing.

        COLM F. CONNOLLY
        United States Attorney

By: *[signature]*
    Douglas E. McCann
    Assistant United States Attorney

Dated: May 11, 2006

IT IS SO ORDERED this 12th day of MAY, 2006.

*[signature]*
HONORABLE MARY PAT THYNGE
United States Magistrate Court

CERTIFIED:
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY *[signature]*
Deputy Clerk 5/15/06