UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,             )<br>                              )<br>                              )   CASE NO. CR 06-50-1 (GMS)<br>    vs.                       )<br>                              )<br>    Willie Brown              )<br>                              )<br>        Defendant.            )   | 36 |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on May 17, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until July 31, 2006 The time between the date of this order and July 31, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                             Honorable Mary Pat Thynge
                                                             U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

MAY 17 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE