

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

August 22, 2006

**BY CM/ECF**

Honorable Gregory M. Sleet
844 King Street
Wilmington, Delaware 19801

    Re:   **United States v. Brittney Robinson, Cr. A. No. 06-50-07 GMS**

Dear Judge Sleet:

    The Rule 11 hearing for this case is presently scheduled for September 21, 2006 at 9:30 a.m. The United States Attorney's Office has scheduled a retreat for September 20 and 21, 2006. I respectfully ask the Court to reschedule the Rule 11 hearing. I apologize for the inconvenience to the Court.

                                         Respectfully,

                                         COLM F. CONNOLLY
                                         United States Attorney

                            BY: /s/ Douglas E. McCann
                                         Douglas E. McCann
                                         Assistant United States Attorney

cc:   Eugene Maurer, Esquire (By Hand)
       Dr. Peter T. Dalleo (By CM/ECF)