EUGENE J. MAURER, JR., P.A.
ATTORNEYS AT LAW
1201-A KING STREET
WILMINGTON, DELAWARE 19801
___
(302) 652-7900
FAX (302) 652-2173
EMAIL cmaurer1@verizon.net

October 3, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE  19801

    Re:    **United States v. Brittney Robinson**
             **Criminal Action No. 06-50-07 GMS**



FILED
OCT - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Sleet:

    The above Defendant is scheduled for a Change of Plea Hearing before Your Honor on Wednesday, October 4, 2006.  I am currently involved in a First Degree Murder trial in the State courts before Chief Judge Vaughn which will run over into Wednesday of this week.  Ordinarily I am aware of the fact that the State courts will defer to the District Court on scheduling matters, but this has been a four week trial and closing arguments are scheduled to begin first thing Wednesday morning.

    I am therefore respectfully requesting that the Change of Plea Hearing be rescheduled for approximately one week to a date consistent with Your Honor's schedule.  I thought when we originally scheduled this plea on behalf of Ms. Robinson that this trial would have concluded by this date.  I really don't have a whole lot of alternative here.

    In addition to the above, although I discussed generally with Ms. Robinson the plea and the fact that she is going to be pleading guilty, I do need to go over the specifics with her so that she can knowingly, intelligently and voluntarily enter the plea.  Given my preoccupation with the homicide trial, that preparation has not been completed.

    Thank you for your consideration.

                                                    Respectfully yours,

                                                    Eugene J. Maurer, Jr.

EJM:bap

cc: Douglas E. McCann, Esquire