IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-7 GMS |
| | : |
| BRITTANY ROBINSON | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-captioned defendant is scheduled for **Monday, November 20, 2006, at 9:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 23, 2006