IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-7 GMS |
| | : |
| BRITTNEY ROBINSON | : |
| | : |

# NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is scheduled for **Wednesday, April 4, 2007, at 9:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States District Court for the District of Delaware, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

November 20, 2006