## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-50-07 GMS |
| | ) |
| BRITTNEY ROBINSON, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF MOTION

TO:   Douglas E. McCann, Esquire
      Assistant United States Attorney
      1007 N. Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, DE  19899-2046

   **PLEASE TAKE NOTICE** that the within Motion For Reduction Of Bail will be presented to the Honorable Gregory M. Sleet as soon as counsel can be heard.


          /s/   Eugene J. Maurer, Jr.
          EUGENE J. MAURER, JR.
          1201-A King Street
          Wilmington, DE  19801
          302-652-7900
          Attorney for the Defendant

Date:  July 26, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06-50-07 GMS |
| BRITTNEY ROBINSON, | ) ) ) |
| Defendant. | ) |

### MOTION FOR REDUCTION OF BAIL

**COMES NOW,** the Defendant, by and through her attorney, Eugene J. Maurer, Jr., and respectfully requests that this Court enter an Order reducing her bail so that she might be released pending sentencing. The bases of this Motion are as follows:

1.  The Defendant entered a plea of guilty to Conspiracy to Distribute 50 Grams or More of Cocaine Base on November 20, 2006. The plea was, of course, entered before Your Honor.

2.  The Defendant is a co-defendant in the case of *United States v. Willie Brown* and her sentencing was originally scheduled for April 4, 2007. That sentencing was rescheduled due to the fact that the *Brown* matter had not yet been to trial.

3.  The matter was again set for sentencing following the *Brown* trial in June. Her sentencing once again had to be rescheduled due to the fact that Mr. Brown's matter was rescheduled again. Counsel is unaware as to the presently scheduled sentencing date.

4.  It recently came to counsel's attention through a review of the filings that a co-defendant, whose trial is still scheduled, was able to be released on bail due to the extensive

delay in Mr. Brown's matter coming to trial. That individual has denied the charges and has not been of any assistance to the government.

5. The Defendant has been incarcerated since late April or early May of 2006, while she awaits a resolution of this matter.

6. As noted above, the Defendant entered into a Plea Agreement and actually entered a plea before Your Honor on the above-indicated date. As part of the Plea Agreement, the Defendant agreed to cooperate with the government in anticipation that, at the time of the sentencing, the government would file a motion to depart downward from the minimum mandatory sentence otherwise applicable, based upon her substantial cooperation. The Defendant has fulfilled her side of the bargain by meeting with governmental agents and being prepared to testify at trial when that becomes necessary.

7. It is hoped that, at the time of the sentencing given the Defendant's minimal involvement in the case and given her substantial assistance, a term of probation may be imposed by the Court. Counsel is not currently aware as to what the government's recommendation will be, but counsel is aware of the fact that the Defendant has done whatever has been requested of her.

8. That being the case, and further, given the fact that the Defendant has been incarcerated now for close to 15 months, it is requested that the Court consider reducing her bail as set forth above.

9. Ms. Robinson is 19 years of age, with a date of birth of August 23, 1987. She is single with no children and has been a Delaware resident for 12 years.

10. Prior to her incarceration, the Defendant completed the 12th Grade at Caesar Rodney High School and was attending Delaware Technical & Community College, where she was majoring in nursing. She had completed, or was in the process of completing, her first semester there.

11. The Defendant was not on probation at the time of her arrest, and it is believed that her only prior criminal history involves a juvenile conviction for terroristic threatening.

12. Attached hereto are letters of recommendation attesting to the Defendant's character. If released, it is anticipated that the Defendant would reside with her mother, Joyce Troy, in Dover. The specific address can be provided to the Court at the time of the hearing on this matter.

13. The defense did not make any application to the Court pursuant to *18 U.S. Code* § 3143, given the fact that the Defendant had only been incarcerated for a period of six months at the time that she entered the plea. It is respectfully submitted that, given all of the above factors, the Defendant is not "likely to flee" nor "pose a danger to the safety of any other person or the community if released under § 3142(b) or (c)." *See 18 U.S. Code* § 3143.

14. It is understood that the offense to which the Defendant entered a plea of guilty does carry with it a minimum mandatory jail sentence, but it is further noted that the minimum mandatory need not be applicable under the circumstances of this case. Defendant has significant ties to the community in the Dover area and does plan to return to her nursing career, if possible given her felony conviction, after she is released from the Institution. There is no certainty as to when Mr. Brown's case will be going forward to trial, given the fact that new counsel has now been appointed for both him and the co-defendant. It would, therefore, be

respectfully submitted that it is now an appropriate time to consider allowing the Defendant to be released on bail.

                                                    /s/   Eugene J. Maurer, Jr.
                                      EUGENE J. MAURER, JR.
                                      1201-A King Street
                                      Wilmington, DE  19801
                                      302-652-7900
                                      Attorney for the Defendant

Date:  July 26, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-50-07 GMS |
| | ) | |
| BRITTNEY ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW, TO WIT**, this _____ day of _____, 2007, the foregoing Motion having been heard and considered, it is hereby

**ORDERED** that _____

_____

_____

_____.

_____
J.

Mrs. Sharon Spivey
264 Lone Tree Drive
Camden, Delaware 19934

February 22, 2007

Honorable Gregory M. Sleet
US Pre Trail – Federal Probation
C/O John Selvatti
844 King Street
Lock Box 39
Wilmington, Delaware 19801

                                          Re:    Brittney Robinson
                                                     <u>Dockette No. 05092-015</u>

Dear Judge Sleet:

To initially introduce myself, I am Brittney Robinson's Aunt Sharon. I am writing with great concern and interest in behalf of Brittney's welfare. I have watched Brittney's growth and nurturing process throughout her years as a baby, toddler, adolescent, and now as a young lady. Brittney was a loving and happy child. She also has a mother and family that provided the love and attention she needed. I am not painting a pretty picture of Brittney's life, however, I feel that someone need to tell her story, and understand that there is a loving and caring person with great potential, that is somehow lost, trapped and is crying out for help.

During the ages of 5 through 10, Brittney attended church services with my children, and participated in various programs for children, such as; Sunshine and Purity classes, Easter programs, Christmas programs, Spelling Be, and many others. Brittney was always a happy child and enjoyed participating in as many programs as possible. Brittney also made great academic achievements in school and excelled at an A & B average. I remember going to Brittney's Fifth Grade graduation, where she received certificates for great achievements and made the "Honor Roll". Brittney was always an achiever and strived to do the best at everything she did.

It was approximately March of 2006 that I visited Brittney's home, and she began to share with me her aspirations to work with children, and possibly one day become a child psychologist. We discussed her nursing major at Delaware Technical College, and she assured me that she would complete her college courses. Her goal was to make her mother and everyone proud of her.

I only found out later, that Brittney was battling with a few acceptance issues that overwhelmed her. I believe, unfortunately, Brittney became a vulnerable and easy pray for a vulture by the name of "Willie". If I had only known about this, I would have

Mrs. Sharon Spivey
264 Lone Tree Drive
Camden, Delaware 19934

warned her about the dangers ahead. Unfortunately, we cannot "bear the cross" for our love ones, we can only love, nurture, teach, and prepare them for the road ahead.

My husband and I have spoken with Brittney recently, and see that she has matured greatly. The only solace that I can get from this situation is by knowing that some trials will either make or break you. My prayers' is that she will overcome this situation and become a productive citizen. However, I feel if she remains in the environment that she is in, she will become damaged goods.

Based upon my conversation with Brittney, I know she is Godly sorry, and have a desire to change and make a difference. I am also extending my home, which is a Christian home to Brittney in hopes that she will have a chance to continue her life and become productive to society once again.

Please, as God has extended us mercy. Please give mercy to a lost young lady by the name of Brittney Robinson.


*Sharon Spivey*
A Loving Aunt

March 1, 2007

Honorable Gregory M. Sleet
U.S. Pre Trial – Federal Probation
C/O John Selvatti
844 King Street
Lock Box 39
Wilmington, Delaware 19801

To Whom This May Concern:

Re: Brittney Robinson ID# 05092-015

The following reference I hope will shed some light on my cousin Brittney Robinson.

Brittney is related to me by her mother Ms. Joyce Troy, therefore she is my second cousin. In all my interactions with her, I've always found her to be a much focused young lady; she always attended family gatherings and events and always helped out with anything that needed to be done. What I've found interesting about her, was her dedication to getting her education despite some rough bumps growing up as a teenager and during her pre-teen years. Through it all, she always remained respectful to her mother and family members. Brittney seems to be able to always talk to her mother about anything. She was always able to seek out advice from her Aunt's and Uncle's or Cousin's who might have gone through some of the same things. As all teenagers go through from time to time she has had her moments. However, she kept her interest in modeling and wanting to become a nurse, where she was studying at Delaware Technical Community College.

I truly believe that she has learned a great lesson in these last few months and is eager to start college again, to finish what she started. My hope is that you will give her an opportunity to do so by allowing her to be released on probation. We come from a family of hard workers dedicated to helping others. My Aunt, her Grandmother was a faithful Christian and taught all of her children and grandchildren morals of respect and doing right by others. Brittney in my eyes has the courage to move forward in her life and learn from this unfortunate situation. One thing I can say is that she will always have plenty of support from her family. We believe in forgiveness and ask that you give Brittney a second chance to start her life over in a positive direction.

I Love her very much and want to see her become that nurse, educator, or model that she has always dreamed about.

Please feel free to contact if you have any further questions or concerns.

Sincerely,


Anthony Mouzon
1545 Archer Rd. #5H
Bronx, New York. 10462

Evang. Anne Johnson
445 East 171 Street
Apt. 2B
Bronx, New York 10457

February 20, 2007

Honorable Gregory M. Sleet
U.S Pre-Trial Federal Probation
C/O John Selvatti
844 King Street
Lock Box 39
Wilmington, DE  19801

<u>Docket # 05092-015</u>
<u>Reference: Brittney Robinson</u>

Dear Judge Sleet:

I am sending this letter in reference to Ms. Brittney Robinson. In the years I have known Brittney she has been an A-B student throughout her school terms. She has also received many certificates to certify her achievements in Mathematics, English, Social Studies and other subjects in school. She has also proven to be an honor roll student in her school years.

Brittney was attending Delaware Technical College, where she was acquiring a degree in nursing. Through all of her college days, she yet maintained a B average. Being she has this setback, she is unable to continue her studies in nursing and her advancement to major in child psychology. She loves computers, reading and she crochets very well. One of her great talents is writing.

Britney has a great sense of humor, and loves to use her humor to make friends and to comfort others. Also, during the earlier days of her life she suffered from the fear of not being accepted by others and had to undergo therapy and treatment for depression. I realize these setbacks can cause a person to move in the wrong directions and choose the wrong friends as Brittney seemed to have done. Yet, she does not deserve to be locked up from her loved ones and the continuance of her education.

Many times in wanting to be accepted by others, we fall into diver's temptations without thinking first. Her wrong acquaintance (Willie, I believe his name is) met Brittney at a young tender age and influenced her in the wrong directions. He used her innocence for his purpose. And being brought up in a home with one parent, (her mother); young girls look for love in the wrong places and try to find ways to be accepted.

Evang. Anne Johnson
445 East 171 Street
Apt. 2B
Bronx, New York 10457


Many times people that have been through what she has suffered are very vulnerable, and, an experienced person (such as this Willie person) can use this to their advantage which he did. I am appealing on Brittney's behalf, because I believe she has learned her Lesson and does not deserve to be locked up as a caged animal and criminal. What happened to the rehabilitation system in the prisons today? Have you examined her mindset to find if depression or therapy is needed or do you leave them to themselves to settle the issues they face in a situation such as this? Has inspirational or clergy help been sent to her or is she under the pressure of the system where you are holding her or the criminals who have done wrong and can use the same vulnerability to access her innocence.

I know as a clergy person, we minister to many persons in Brittney's position and we have found that it helps them recover to talk things over with them, not in a forceful way, but the right approach.

She has even given herself over to a Christian way of life which is a plus. I am asking you to allow her to return to her family and continue her life as a Christian and as a young woman who has been wrongfully accused in her innocence. Please review the charges and the penalties and grant her a release. I am willing to help rehabilitate her in the right direction so she can continue to live the life she deserves.

Thank you very much.


Evangelist Anne Johnson

Rev. Dennis Spivey
264 Lone Tree Drive
Camden, Delaware 19934

February 23, 2007

Honorable Gregory M. Sleet
U.S Pre-Trial Federal Probation
C/O John Selvatti
844 King Street
Lock Box 39
Wilmington, DE  19801

Re: Docket # 05092-015<br>
<u>Reference: Brittney Robinson</u>

Dear Judge Sleet:

This letter is in reference to my niece, Brittney Robinson. Brittney was always a bright, energetic and witty young lady that love to laugh and demonstrate a since of humor. I have ministered to Brittney on several occasions to let her know about God's goodness. Brittney on many occasions attended my church and participated in many activities as a young child. I see great potential in Brittney, and I believe that she can blossom with the proper nurturing and rehabilitation.

I also know that we must be held accountable for every act or deed in which we have done or committed. However, Brittney has admitted to being sorry for her actions and has asked for forgiveness on so many occasions. I believe that Brittney has learned her lesson well, and can recuperate given the proper rehabilitation.

God has a purpose and plan for all of our lives. Many people may have the opportunity to fulfill their purpose in life, and many, may not, due to unfortunate circumstance. Therefore, please keep in mind, that there was someone who gave us all a chance at least once in our lives. Therefore, I can only ask and pray that you grant Brittney Robinson another chance in life on today.

Thank you and God bless you.


_*Rev. Dennis Spivey*_
Rev. Dennis Spivey

Tawana Gill

_____
_____
_____
_____

February 20, 2007

Honorable Gregory M. Sleet, U.S.D.J.  
United States District Court  
District of Delaware  
J. Caleb Boggs Federal Building  
Room 4324, Lockbox 19  
Wilmington, DE 19801

RE: USA et al v. Willie Brown, et al.  
Docket No. 06-CR-00050 (GMS)  
Defendant No. 7

Dear Judge Sleet:

    I am writing this letter in support of Brittany Robinson, a defendant in the above-referenced action. As the Court is well aware Ms. Robinson is charged with conspiracy to distribute more than 50 grams of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

    On November 20, 2006, this Court entered Ms. Robinson's plea agreement. Additionally, Ms. Robinson was ultimately scheduled to appear before this Court on April 4, 2007, at 9:30 a.m. in the forenoon for sentencing. Ms. Robinson now appearing before this Court, I respectfully request that this Court consider Ms. Robinson's character in casting its sentence. Ms. Robinson is young and has her whole life ahead of her. Moreover, Ms. Robinson has no prior criminal history. Equally, as important, Ms. Robinson recognized the error or her ways and fully cooperated with the Government in this matter, in an expeditious manner. Ms. Robinson now realizes that the crimes she engaged in, for which she now pleads guilty, were not in fact victimless crimes. Such criminal activity resulted in Ms. Robinson placing her, own interest diametrically against those of the public, as she has informed me.

    However, Ms. Robinson has grown to realize that the victim in this case is the public. As a result, Ms. Robinson has, pursuant to her own volition cooperated with the government in addressing these crimes against the public. Ms. Robinson does not attempt to mislead the Court into believing that she was an angel, who became unwittingly involved in the criminal activity that has resulted in her appearances before this Court. Nonetheless, Ms. Robinson is also not the hopelessly dire person which this indictment seemingly indicates. Ms. Robinson has also expressed to me her desire to begin the hard work of putting her life back together again. Prior to going to jail Ms. Robinson was a college student, and consistently gainfully employed. Ms. Robinson has expressed to me that she has unduly damaged her once bright future.

   Nonetheless, Ms. Robinson, as I have come to know her is very resilient and is optimistic that she can restore a light of integrity to her future, and engage in community service programs designed as early intervention, so as to prevent youths from urban and rural environments from creating life long issues for which the need not create. I have known Ms. Robinson for many years, and respectfully request that this Court allow Ms. Robinson the immediate opportunity to be a law abiding citizen of the public and to begin to pick up the pieces of her life, as such a member of the general public. Thank you.


Sincerely,


Damond J. Carter, Esq.