IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-50-07 GMS |
| ) | |
| BRITTNEY ROBINSON, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR REDUCTION OF BAIL**

NOW COMES the United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby opposes Defendant Brittney Robinson's Motion for Reduction of Bail (D.I. 196) for the reasons set forth below:

1.   Defendant Robinson was indicted on May 2, 2006 along with six others. One co-defendant was not apprehended. Two co-defendants (Willie Brown and Ashley Harrison) are pending trial. Defendants Robinson, Mark Tatman, Marty Eaton and Craig Durham entered guilty pleas and are pending sentencing.

2.   In the instant motion, Defendant Robinson moves the Court for a release pre-sentencing. In support of her application, she notes that she has been incarcerated fifteen months, that she has cooperated with the government, that she has little criminal history, and that she has substantial connections to the Dover area and is not a flight risk. Defendant Robinson also notes that at her sentencing, she will ask for a sentence of time-served. Finally, Defendant Robinson notes that Defendant Ashley Harrison has been released to home confinement pending her trial.

3.   The trial in this case has been continued a number of times at the request of Defendant Brown. The government has not sought any continuances. The new attorney for Defendant Brown previously indicated to the Court that he may be able to try this case in early

October, although there is no scheduling order in place. However, there is no reason to believe that the trial won't take place around that time. For example, although Defendants Brown and Harrison have had new attorneys since late May/early June, no new pre-trial motions have been filed thus far.

    4.    Defendant Robinson is correct that Defendant Harrison was released to home confinement over the government's objection. However, Defendant Harrison has not yet been convicted of a crime, and still enjoys all of the rights of the accused pre-conviction, such as the right to a speedy trial. Defendant Robinson, on the other hand, has entered a plea of guilty to a crime that carries a ten year minimum mandatory sentence. While she has cooperated with the government, the government cannot, at this time, take the position that it will file a motion under 18 U.S.C. § 3553(e) removing the applicability of the statutory minimum sentence. In addition, a person convicted of a violation of 18 U.S.C. § 841(a)(1) and (b)(1)(A) must be detained pending sentencing absent an extraordinary circumstance. *See* 18 U.S.C. § 3143(a)(2). In sum, while it may appear to Defendant Robinson that Defendant Harrison is in a better position now because she did not cooperate and did not enter a guilty plea, the difference in their circumstances exists primarily because Defendant Robinson has been convicted of a serious offense, and Defendant Harrison has not. Of course, should Defendant Harrison proceed to trial and be convicted, she will not have any chance at a sentence of incarceration of less than ten years.

    5.    The government respectfully requests that the Court deny the application without a hearing.

                      Respectfully submitted,

                      COLM F. CONNOLLY
                      United States Attorney

                      BY: /s/ Douglas E. McCann
                          Douglas E. McCann
                          Assistant United States Attorney

Dated: July 27, 2007

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that I caused the foregoing

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR REDUCTION OF BAIL**

to be served on the following counsel in the manner indicated:

BY CM/ECF

Eugene J. Maurer, Jr., Esquire
Eugene J. Maurer, Jr., P.A.
1201-A King Street
Wilmington, DE 19801
302-652-7900
Fax: 302-652-2173
Email: emaurer1@verizon.net

        /s/ Douglas E. McCann
        Douglas E. McCann